UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

BETH HOEFFNER,

                Plaintiff,                17 **CIVIL** 9344 (VB)

      -against-                **JUDGMENT**

COUNTY OF ORANGE,

                Defendant.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 9, 2020, the County's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
         March 11, 2020

                                          **RUBY J. KRAJICK**
                                            Clerk of Court
                               BY:
                                              Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 3/11/2020